

# NUMBER 13-15-00067-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

### IN THE INTEREST OF D.E.A., A CHILD

**On Appeal from the 275th District Court
of Hidalgo County, Texas.**

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Benavides and Perkes
Memorandum Opinion Per Curiam**

Appellant, Daniel Altamirano, proceeding pro se, perfected an appeal from a judgment entered by the 275th District Court of Hidalgo County, Texas in cause number F-125-10-E. This cause is before the Court on appellant's motion to dismiss this appeal. The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Pending motions, if any, are likewise dismissed. Costs will be taxed against appellant. *See* TEX.

R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").   Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
2nd day of September, 2015.